UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DONNA LIVOTI,

                Plaintiff,

-against-

FOUR SEASONS SOLAR PRODUCTS, LLC,
FOUR SEASONS MARKETING CORP., and
SHAUN KENNEDY,

                Defendants.

**Stipulation of Discontinuance with Prejudice**
Case No. 10-CV-2882 (SJF) (AKT)

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be and the same hereby is discontinued with prejudice to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October ___, 2011

**RIVKIN RADLER LLP**

_____
John Diviney, Esq.
*Attorneys for Defendants*
Four Seasons Solar Products, LLC, Four Seasons Marketing Corp., and Shaun Kennedy
926 RXR Plaza
Uniondale, NY 11556-0926
(516) 357-3000

Dated: October ___, 2011

**HARRIS BEACH PLLC**

_____
Warren H. Richmond, Esq.
333 Earle Ovington Boulevard, Ste 901
Uniondale, New York 11553
(516) 880-8484

Spirn & Spirn, Esq.
150 Motor Parkway, Suite 401
Hauppauge, New York 11788
(516) 787-8560

*Attorneys for Plaintiff*